UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Banacek Barnett</u>

    v.                          Civil No. 12-cv-51

<u>Daniel Lynch</u>

<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

April 19, 2012

cc:   Cushaw Banacek Barnett #03403-049, pro se