UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Cushaw Barnett

    v.                                                  Case No. 12-fp-51-PB

Daniel J. Lynch

### ORDER OF RECUSAL

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

April 19, 2011

cc:   Cushaw B. Barnett