UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Cushaw Banacek Barnett</u>

    v.                      Civil No. 12-cv-00051-JL

<u>Daniel J. Lynch</u>


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.


**SO ORDERED.**

                                    _/s/ Joe Laplante_____
                                    Joseph N. Laplante
                                    United States District Judge

Dated:  April 19, 2012

cc:  Cushaw Banacek Barnett, pro se