UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Cushaw B. Barnett</u>,
    Plaintiff

    v.                                    Case No. 12-cv-51

<u>Daniel J. Lynch</u>,
    Defendant

### **O R D E R**

I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

April 23, 2012

cc:  Cushaw B. Barnett, pro se