**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Cushaw Banacek Barnett</u>

    v.                                             Civil No. 12-cv-051

<u>Daniel J. Lynch</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from this case.

SO ORDERED.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge

Date:  April 23, 2012

cc:   Cushaw Banacek Barnett