UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Cushaw Banacek Barnett
    Plaintiff

    v.                             NH Civil No. 1:12-cv-51

Daniel J. Lynch
    Defendant

## ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

    SO ORDERED.

Date:  April 24, 2012

                                              /s/ Joseph N. Laplante
                                            Joseph N. Laplante
                                            Chief Judge

cc:    Cushaw Banacek Barnett, pro se
        Clerk, US District Court – District of Maine

## CONCURRING ORDER

I concur that I, John A. Woodcock, Jr. a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: April 25, 2012.

Chief United States District Judge
District of Maine

cc:  Cushaw Banacek Barnett, pro se
     Clerk, USDC- District of New Hampshire

1