UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Banacek Barnett</u>

            v.                                                  Civil No. 12-cv-51-JAW

<u>Daniel J. Lynch</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Margaret J. Kravchuk dated May 17, 2012.

    SO ORDERED.

May 31, 2012                           <u>**/s/ John A. Woodcock**</u>
                                                 John A. Woodcock
                                                 United States District Judge

cc:     Cushaw Banacek Barnett